# EXHIBIT 1

| | |
|---|---|
| **This notice applies to your vehicle**, <br> [Model Year and Model] <br> VIN XXXXXXXXXXXXXXXXX <br><br> **T65/NHTSA 17V-670** <br><br> **LOGO** <br><br> **VEHICLE PICTURE** <br><br> **YOUR SCHEDULING OPTIONS** <br><br> 1. **RECOMMENDED OPTION** <br>   Call your authorized Chrysler / Dodge / Jeep® / RAM / Jeep® Dealership. <br><br> 2. Call the FCA Recall Assistance Center at **1-800-853-1403**. An agent can confirm part availability and help schedule an appointment <br><br> 3. Visit recalls.mopar.com, scan the QR code below, or download the Mopar Owner's Companion App. <br><br> **QR Code** <br><br> Get access to recall notifications, locate your nearest dealer, and more through this website or Mopar Owner's Companion App. You will be asked to provide your Vehicle Identification Number (VIN) to protect and verify your identity. The last eight characters of your VIN are provided above. <br><br> **DEALERSHIP INSTRUCTIONS** <br> Please reference Safety Recall T65. | # IMPORTANT SAFETY RECALL <br> ### Engine Oil Pump <br><br> Dear [Name], <br><br> This notice is sent to you in accordance with the National Traffic and Motor Vehicle Safety Act. <br><br> FCA has decided that a defect, which relates to motor vehicle safety, exists in certain [2018 Jeep® Compass, Jeep® Cherokee] vehicles. <br><br> It is extremely important to take steps now to repair your vehicle to ensure the safety of you and your passengers. <br><br> **WHY DOES MY VEHICLE NEED REPAIRS?** <br> The engine in your vehicle [1] may have been built with a cracked engine oil pump housing. The crack may propagate through the housing and cause the oil pump to fail. If the oil pump fails, it may cause the engine to stall. **An engine stall could cause a crash without prior warning.** <br><br> **HOW DO I RESOLVE THIS IMPORTANT SAFETY ISSUE?** <br> FCA will repair your vehicle [2] free of charge (parts and labor). To do this, your dealer will inspect and replace the engine oil pump if needed. In addition, your dealer will require your vehicle for proper check-in, preparation, and check-out during your visit. Your time is important to us; please be aware that these steps may require more time. The estimated repair time is 2 hours. We recommend that you schedule a service appointment to minimize your inconvenience. Please bring this letter with you to your dealership. <br><br> **TO SCHEDULE YOUR FREE REPAIR CALL 1-800-853-1403** <br> **OR YOUR CHRYSLER, DODGE, JEEP OR RAM DEALER TODAY** <br><br> **CALIFORNIA RESIDENTS** <br> The State of California requires the completion of emission recall repairs prior to vehicle registration renewal. Your dealer will provide you with a Vehicle Emission Recall Proof of Correction Form after the recall service is performed. Be sure to save this form since the California Department of Motor Vehicles may require that you supply it as proof that the recall has been performed. <br><br> **WHAT IF I ALREADY PAID TO HAVE THIS REPAIR COMPLETED?** <br> If you have already experienced this specific condition and have paid to have it repaired, you may visit **www.fcarecallreimbursement.com** to submit your reimbursement request online. [3] Once we receive and verify the required documents, reimbursement will be sent to you within 60 days. If you have had previous repairs performed and/or already received reimbursement, you may still need to have the recall repair performed. <br><br> We apologize for any inconvenience, but are sincerely concerned about your safety. Thank you for your attention to this important matter. <br><br> Customer Assistance/Field Operations <br> Fiat Chrysler Automobiles US LLC |



**Mr. Mrs. Customer**
**1234 Main Street**
**Hometown, MI 48371**

[1] If you no longer own this vehicle, please help us update our records. Call the FCA Recall Assistance Center at 1-800-853-1403 to update your information.

[2] If your dealer fails or is unable to remedy this defect without charge and within a reasonable time, you may submit a written complaint to the Administrator, National Highway Traffic Safety Administration, 1200 New Jersey Ave., S.E., Washington, DC 20590, or you can call the toll-free Vehicle Safety Hotline at 1-888-327-4236 (TTY 1-800-424-9153), or go to safercar.gov.

[3] You can also mail in your original receipts and proof of payment to the following address for reimbursement consideration: FCA Customer Assistance, P.O. Box 21-8004, Auburn Hills, MI 48321-8007, Attention: Recall Reimbursement.

<u>Note to lessors receiving this recall notice:</u> Federal regulation requires that you forward this recall notice to the lessee within 10 days.