UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMBER WOOD, GUY WEST, NICK GIZZARELLI, ROBERT & DEBORAH JOHNSTON, MICHELLE SCHMID, KYLE DAVIS, NATHANEAL ROMANCHUK, NICOLETTE WATSON, DESIREE TARRO, THOMAS WEINER, REBEKAH AAREN WRIGHT, CHERYL MILLER, PAMELA ANDERSON, CATHERINE COPPINGER, CAREN CHRISTMAN, KELLY JOHNSON, HOLLY KUNDEL, RYAN HALL, ROBERTO HERNANDEZ, KIMBERLY EAGER, LUIS MUNOZ, SHERRI MCCALL, JOSHUA CAPLES, MIKAELYN MCDOWELL, KRISHAWN DURHAM, KATIE KUCZKOWSKI, DANIELLE COATES, KELSEY WILLIAMS, DANIEL SCOTT, RYAN GRAHAM, DANIEL MCGORREY, KAREN BURKE, ROSALIND BURKS, HOLLY HICKMAN, AMBER PORTUGAL, MICHAEL SANCHEZ, ADAM DYER, ARTEAL JORDAN, VIVIEN NAGY, KATLYN WILLS, and TERA CASTILLO, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>FCA US LLC,<br><br>      Defendant. | Case No. 5:20-cv-11054-JEL-APP<br><br>District Judge Judith E. Levy<br><br>Magistrate Judge Anthony P. Patti<br><br><br><br>**PARTIES' JOINT REPORT ON STATUS OF MEDIATION** |

## PARTIES' JOINT REPORT ON STATUS OF MEDIATION

Plaintiffs and Defendant FCA US LLC hereby jointly submit this report regarding the status of mediation pursuant to the Court's Stipulated Order to Stay Proceedings (ECF No. 33).

1. On September 11, 2020, Plaintiffs and Defendant agreed to the selection of Hon. Layn Phillips of Phillips ADR in Corona Del Mar, California as the mediator in this action.

2. Mediation is scheduled to proceed before Judge Phillips via zoom on Monday, October 26, 2020.

3. The parties do not believe it is necessary to continue the current stay beyond November 2, 2020.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| Dated: October 22, 2020 | |
| /s/ Stephen D'Aunoy (w/consent) | /s/ E. Powell Miller_____ |
| Kathy A. Wisniewski | E. Powell Miller (P39487) |
| Stephen D'Aunoy | Sharon S. Almonrode (P33938) |
| Brandi L. Burke | Emily E. Hughes (P68724) |
| THOMPSON COBURN LLP | Dennis A. Lienhardt, Jr. (P81118) |
| One US Bank Plaza | William Kalas (P82113) |
| St. Louis, Missouri 63101 | THE MILLER LAW FIRM, P.C. |
| Tel: (314) 552-6000 | 950 West University Drive, Suite 300 |
| kwisniewski@thompsoncoburn.com | Rochester, MI 48307 |
| sdaunoy@thompsoncoburn.com | Telephone: (248) 841-2200 |
| bburke@thompsoncoburn.com | epm@millerlawpc.com |
| | ssa@millerlawpc.com |

Patrick G. Seyferth (P47575)
BUSH SEYFERTH PLLC
100 West Big Beaver Rd., Ste 400
Troy, Michigan 48084
Tel: (248) 822-7800
seyferth@bsplaw.com

*Attorneys for Defendant*

eeh@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Myles McGuire
Evan M. Meyers
Paul T. Geske
Timothy P. Kingsbury
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, Illinois 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com
pgeske@mcgpc.com
tkingsbury@mcgpc.com

*Interim Co-Lead Class Counsel for Plaintiffs and the Putative Class*

Richard D. McCune
David C. Wright
Steven A. Haskins
Mark I. Richards
MCCUNE WRIGHT AREVALO, LLP
3281 E. Guasti, Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
rdm@mccunewright.com
dcw@mccunewright.com

sah@mccunewright.com
mir@mccunewright.com

Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
SAUDER SCHELKOPF
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (888) 711-9975
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Russell D. Paul
Jeffrey L. Osterwise
Amey J. Park
Abigail J. Gertner
BERGER MONTAGUE PC
1818 Market Street Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Fax: (215) 875-4604
rpaul@bm.net
josterwise@bm.net
apark@bm.net
agertner@bm.net

*Interim Plaintiff's Steering Committee for Plaintiffs and the Putative Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 23, 2020 I electronically filed the foregoing with the Clerk of the Court using the ECF system which will notify all counsel of record authorized to receive such filings.

>*/s/ E. Powell Miller*
>E. Powell Miller