UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| AMBER WOOD, *et. al*, individually and on behalf of all others similarly situated,<br><br>         Plaintiffs,<br><br>   v.<br><br>FCA US LLC,<br><br>         Defendant. | Case No. 5:20-cv-11054-JEL-APP<br><br>District Judge Judith E. Levy<br><br>Magistrate Judge Anthony P. Patti |

## STIPULATED ORDER TO EXTEND STAY OF PROCEEDINGS

Plaintiffs and Defendant FCA US LLC (collectively, the "Parties") have met and conferred and, subject to the Court's approval, stipulate to an additional 30-day extension of the current stay of proceedings, until October 2, 2021, while the Parties engage in further settlement discussions.

1. The Court first entered a stay of proceedings on September 10, 2020, in order for the Parties to explore early settlement and participate in mediation. Since that time, the Court has extended the stay at the parties' request while those discussions have been ongoing. The most recent extension was through September 2, 2021. *See* ECF #55.

2. During the time the case has been stayed, the parties have participated in three mediation sessions, exchanged numerous communications, and engaged in substantial discovery to advance the Parties' mediation efforts.

3. The most recent mediation session took place via Zoom on Wednesday, August 25, 2021. During that mediation session, the parties made additional progress toward a settlement.

4. The Parties agree further discussions regarding settlement will be in their best interests, and anticipate they will know whether a settlement is possible within the next 30 days.

5. Based on the foregoing, the Parties agree that a further 30-day extension of the stay, until October 2, 2021, is warranted. If approved, the Parties propose to submit a joint report on the status of the settlement on or before October 1, 2021.

APPROVED AND ORDERED

Date: September 3, 2021                     s/Judith E. Levy
                                            Honorable Judith E. Levy
                                            United States District Judge

Respectfully submitted,

Dated: September 1, 2021

/s/ Stephen A. D'Aunoy
Kathy A. Wisniewski
Stephen D'Aunoy
Thomas L. Azar, Jr.
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, MO  63101
Tel: (314) 552-6000
kwisniewski@thompsoncoburn.com
sdaunoy@thompsoncoburn.com
tazar@thompsoncoburn.com

Patrick G. Seyferth (P47575)
BUSH SEYFERTH PLLC
100 West Big Beaver Rd., Ste 400
Troy, MI  48084
Tel: (248) 822-7800
seyferth@bsplaw.com

*Attorneys for Defendant*

/s/ Sharon S. Almonrode (w/consent)
E. Powell Miller (P39487)
Sharon S. Almonrode (P33938)
Emily E. Hughes (P68724)
Dennis A. Lienhardt, Jr. (P81118)
William Kalas (P82113)
THE MILLER LAW FIRM, P.C.
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: (248) 841-2200
epm@millerlawpc.com
ssa@millerlawpc.com
eeh@millerlawpc.com
dal@millerlawpc.com
wk@millerlawpc.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Myles McGuire
Evan M. Meyers
Paul T. Geske
Timothy P. Kingsbury
MCGUIRE LAW, P.C.
55 W. Wacker Dr., 9th Fl.
Chicago, Illinois 60601
Tel: (312) 893-7002
mmcguire@mcgpc.com
emeyers@mcgpc.com

pgeske@mcgpc.com
tkingsbury@mcgpc.com

*Interim Co-Lead Class Counsel for Plaintiffs and the Putative Class*

Richard D. McCune
David C. Wright
Steven A. Haskins
Mark I. Richards
MCCUNE WRIGHT AREVALO, LLP
3281 E. Guasti, Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275
rdm@mccunewright.com
dcw@mccunewright.com
sah@mccunewright.com
mir@mccunewright.com

Joseph G. Sauder
Matthew D. Schelkopf
Joseph B. Kenney
SAUDER SCHELKOPF
1109 Lancaster Avenue
Berwyn, PA 19312
Telephone: (888) 711-9975
Facsimile: (610) 421-1326
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

Russell D. Paul
Jeffrey L. Osterwise
Amey J. Park
Abigail J. Gertner
BERGER MONTAGUE PC
1818 Market Street Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000

Fax: (215) 875-4604
rpaul@bm.net
josterwise@bm.net
apark@bm.net
agertner@bm.net

*Interim Plaintiff's Steering Committee for Plaintiffs and the Putative Class*