# **INDEX OF EXHIBITS**

Exhibit 1 – Declaration of E. Powell Miller

Exhibit 2 – Declaration of Steve W. Berman

Exhibit 3 – Declaration of Myles McGuire

Exhibit 4 – Declaration of Richard D. McCune

Exhibit 5 – Declaration of Russell D. Paul

Exhibit 6 – Joint Declaration of Matthew D. Schelkopf and Daniel O. Herrera

Exhibit 7 – Declaration of Jeffrey S. Goldenberg