# Exhibit 1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| AMBER WOOD, *et al.*, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FCA US LLC,<br><br>    Defendant. | Case No. 5:20-cv-11054-JEL-APP<br><br>District Judge Judith E. Levy<br><br>Magistrate Judge Anthony P. Patti |

### DECLARATION OF E. POWELL MILLER IN SUPPORT OF THE PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE <u>CLASS ACTION SETTLEMENT</u>

I, E. POWELL MILLER, declare as follows, pursuant to 28 U.S.C. § 1746.

1.   I, E. Powell Miller, am an attorney licensed to practice before the courts of Michigan, including in the Eastern District of Michigan. I am the managing partner of The Miller Law Firm, P.C. ("Miller Law"), co-lead counsel for Plaintiffs and the class in this matter. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this Declaration on behalf of Plaintiffs in support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement ("Final Approval Motion") and Plaintiffs' Unopposed Motion for Attorneys' Fees, Expenses, and Incentive Awards ("Fee and Expense Motion").

2. The Miller Law firm resume and biographies for the principal attorneys working on this case can be found at ECF No. 59-3.

3. During the pendency of this litigation, counsel carefully coordinated their activities to avoid engaging in duplicative work.

4. Each firm was responsible for work specific to our clients and certain other Class members. In addition, co-counsel assisted in review of documents, preparation of pleadings, working with Plaintiffs, and strategy. Again, with respect to this effort, as co-lead counsel were careful to assign discrete and non-overlapping tasks to each firm in order to avoid duplicative work.

5. During the course of the litigation, Miller Law performed the following tasks:

   a. Legal Analysis of the claims;

   b. Preparation of complaints including the Consolidated Master Class Action Complaint ("CMCAC") (ECF No. 41);

   c. Participated in multiple mediation sessions;

   d. Retaining and working experts to assist Plaintiffs' investigation;

   e. Preparation of the Motion for Preliminary Approval and Class Certification for Settlement purposes;

   f. Preparation and dissemination of Class Notice;

   g. Communicating regularly with class members;

   h. Preparation of various scheduling orders and management of the day-to-day litigation.

  6. As summarized below, Miller Law devoted 1,337.35 hours to the prosecution and resolution of this matter, resulting in a lodestar of $883,314.00. Lodestar has been calculated based on hourly rates that range from: (i) $500 per hour to $925 per hour for partners; (ii) $325 per hour to $495 per hour for associates, counsel, staff attorneys, and project attorneys; and (iii) $175 per hour for paralegals and law clerks.

| Timekeeper | Role | Rate | Hours | Amount Billed |
|---|---|---|---|---|
| E. Powell Miller | Partner | $925.00 | 265.80 | $245,865.00 |
| Sharon S. Almonrode | Partner | $890.00 | 256.30 | $228,107.00 |
| Marc L. Newman | Partner | $790.00 | 11.80 | $9,322.00 |
| Emily E. Hughes | Partner | $725.00 | 10.90 | $7,902.50 |
| Ann L. Miller | Partner | $690.00 | 88.85 | $61,306.50 |
| Dennis A. Lienhardt | Partner | $500.00 | 299.10 | $149,550.00 |
| Gregory A. Mitchell | Associate | $495.00 | 2.60 | $1,287.00 |
| Laura Bieniek | Associate | $475.00 | 47.00 | $22,325.00 |
| Rick Decker | Associate | $465.00 | 4.40 | $2,046.00 |
| William Kalas | Associate | $465.00 | 35.10 | $16,321.50 |
| Craig S. Dickinson | Associate | $385.00 | 14.00 | $5,390.00 |
| Emily M. Honet | Associate | $325.00 | 12.70 | $4,127.50 |
| Lowell D. Johnson | Counsel | $495.00 | 197.00 | $97,515.00 |
| Kristen Guralczyk | Counsel | $385.00 | 5.40 | $2,079.00 |

| Lawrence E. McNair | Counsel | $385.00 | 7.00 | $2,695.00 |
|---|---|---|---|---|
| Matt H. Hnri | Counsel | $385.00 | 55.40 | $21,329.00 |
| Monica R. Smith | Counsel | $385.00 | 9.80 | $3,773.00 |
| Amy A. Davis | Paralegal | $175.00 | 2.2 | $385.00 |
| Alexis C. Haan | Paralegal | $175.00 | 0.60 | $105.00 |
| Danelle J. Vanderbeke | Paralegal | $175.00 | 0.90 | $157.50 |
| Licia K. Bates | Paralegal | $175.00 | 9.90 | $1,732.50 |
|  |  |  |  |  |
| **TOTAL** |  |  | 1,336.75 | $883,314.00 |

7. As stated in the Joint Declaration to which this Declaration is attached, Miller Law's regularly prepared and maintained files contemporaneously documenting time spent, including tasks performed, and expenses incurred. Supporting time records are available at the request of the Court for review in camera.

8. Miller Law advanced expenses in prosecuting this litigation. They are the type of expenses typically billed by attorneys to paying clients in the marketplace, and include such costs as fees paid or incurred for research, filing fees, expert fees, or mediation. All of these expenses were reasonable and necessary for the prosecution of this litigation.

5

| Description | Amount Billed |
|---|---|
| Litigation Fund Contribution | $10,000.00 |
| Printing | $392.25 |
| Expert Fees | $3,333.32 |
| PACER/Database/Legal Research | $420.62 |
| Transcript Copy Fees | $109.22 |
| **TOTAL** | **$14,255.41** |

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 17, 2022 at Rochester, Michigan.

*/s/ E. Powell Miller*
E. Powell Miller

5