# Exhibit 2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| AMBER WOOD, *et al.*, individually and on behalf of all others similarly situated, | Case No. 5:20-cv-11054-JEL-APP |
| Plaintiffs, | District Judge Judith E. Levy |
| v. | Magistrate Judge Anthony P. Patti |
| FCA US LLC, | |
| Defendant. | |

### DECLARATION OF STEVE W. BERMAN IN SUPPORT OF THE PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

I, STEVE W. BERMAN, declare as follows, pursuant to 28 U.S.C. § 1746.

1. I, Steve W. Berman, am an attorney licensed to practice before the courts of Washington state and am admitted in the Eastern District of Michigan. I am the managing partner of Hagens Berman Sobol Shapiro, LLP ("Hagens Berman"), co-lead counsel for Plaintiffs and the class in this matter. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them. I make this Declaration on behalf of Plaintiffs in support of Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement ("Final Approval Motion") and Plaintiffs' Unopposed Motion for Attorneys' Fees, Expenses, and Incentive Awards ("Fee and Expense Motion").

2. Hagens Berman's biographies for the principal attorneys working on this case were previously filed in this matter. ECF No. 59-4, PageID. 2195-20, 2222, 2249, 2276

3. During the pendency of this litigation, counsel carefully coordinated their activities to avoid engaging in duplicative work.

4. Each firm was responsible for work specific to our clients and certain other Class members. In addition, co-counsel assisted in review of documents, preparation of pleadings, working with Plaintiffs, and strategy. Again, with respect to this effort, as co-lead counsel were careful to assign discrete and non-overlapping tasks to each firm in order to avoid duplicative work.

5. During the course of the litigation, Hagens Berman performed the following tasks:

   a. Legal Analysis of the claims;

   b. Preparation of complaints including the Consolidated Master Class Action Complaint ("CMCAC") (ECF No. 41);

   c. Participated in multiple mediation sessions;

   d. Retaining and working with experts to assist Plaintiffs' investigation;

   e. Preparation of the Motion for Class Certification and related briefing;

   f. Preparation and dissemination of Class Notice;

   g. Communicating regularly with class members;

    h. Preparation of various scheduling orders and management of the day-to-day litigation.

6. As summarized below, Hagens Berman devoted 1105.2 hours to the prosecution and resolution of this matter, resulting in a lodestar of $649,882.50. Lodestar has been calculated based on hourly rates that range from: (i) $600 per hour to $1,200 per hour for partners; (ii) $525 per hour to $600 per hour for counsel, associates, staff attorneys, and project attorneys; and (iii) $250 per hour to $350 per hour for paralegals and law clerks.

| Timekeeper | Role | Year | Rate | Hours | Amount Billed |
|---|---|---|---|---|---|
| Steve W. Berman | Partner | 2020 | $1075.00 | 50.8 | $54,610.00 |
| Steve W. Berman | Partner | 2021 | $1125.00 | 36 | $40,500.00 |
| Steve W. Berman | Partner | 2022 | $1200.00 | 7.5 | $9,000.00 |
| Sean R. Matt | Partner | 2021 | $825.00 | 1.7 | $1402.50 |
| Elaine T. Byszewski | Partner | 2020/2021 | $700.00 | 189 | $132,700.00 |
| Elaine T. Byszewski | Partner | 2022 | $800.00 | .5 | $400.00 |
| Christopher A. O'Hara | Partner | 2022 | $700.00 | 5.5 | $3,850.00 |
| Shelby R. Smith | Associate | 2020/2021 | $550.00 | 225 | $123,750.00 |
| Shelby R. Smith | Of Counsel | 2022 | $600.00 | 40 | $24,000.00 |
| Christopher R. Pitoun | Associate | 2020/2021 | $525.00 | 286.3 | $150,307.50 |
| Christopher R. Pitoun | Partner | 2022 | $600.00 | 105.5 | $63,300.00 |
| Carrie L. Flexer | Paralegal | 2020 | $300.00 | 6.5 | $1,950.00 |
| Jennifer A. Conte | Paralegal | 2020/2021 | $300.00 | 106.4 | $31,920.00 |
| Jennifer A. Conte | Paralegal | 2022 | $350.00 | 12.7 | $4,445.00 |

| Amy A. Nolan | Paralegal | 2021 | $300.00 | .9 | $270.00 |
|---|---|---|---|---|---|
| Nicolle L. Huerta | Paralegal | 2020 | $250.00 | 12.2 | $3,270.00 |
| Nicolle L. Huerta | Paralegal | 2021 | $275.00 | .8 | $220.00 |
| Joseph M. Salonga | Paralegal | 2020 | $250.00 | 3 | $750.00 |
| William R. Stevens | Paralegal | 2022 | $350.00 | .3 | $105.00 |
| Shelby A. Taylor | Paralegal | 2020 | $250.00 | 6 | $1,500.00 |
| Shelby A. Taylor | Paralegal | 2022 | $300.00 | 1.5 | $450.00 |
| Radha A. Kerzan | Tech Specialist | 2020 | $250.00 | 6 | $1,500.00 |
| Radha A. Kerzan | Tech Specialist | 2021 | $275.00 | 1.1 | $302.50 |
| **TOTAL** | | | | 1105.02 | $649,882.50 |

7. As stated in the Joint Declaration to which this Declaration is attached, Hagens Berman's regularly prepared and maintained files contemporaneously documenting time spent, including tasks performed, and expenses incurred. Supporting time records are available at the request of the Court for review in camera.

8. Hagens Berman advanced expenses in prosecuting this litigation. They are the type of expenses typically billed by attorneys to paying clients in the marketplace and include such costs as fees paid or incurred for research, filing fees, expert fees, or mediation. All of these expenses were reasonable and necessary for the prosecution of this litigation.

4

| Description | Amount Billed |
|---|---|
| Litigation Fund Contribution | $10,600.00 |
| Printing | $75.25 |
| Expert Fees | $12,664.17 |
| Filing Fees | $1,600.00 |
| PACER/Database/Legal Research | $933.38 |
| Process Server Fees | $1,144.50 |
| Mediation Fees | $25,600.00 |
| Postage | $13.90 |
| Conference Call-in Bridge | $13.13 |
| **TOTAL** | **$52,644.33** |

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 17, 2022 at Seattle, Washington.

*/s/ Steve W. Berman*
Steve W. Berman
