# Exhibit 4

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

AMBER WOOD, *et. al*, individually and
on behalf of all others similarly situated,

        Plaintiffs,

        v.

FCA US LLC,

        Defendant.

Case No. 5:20-cv-11054-JEL-APP

District Judge Judith E. Levy

Magistrate Judge Anthony P. Patti

## DECLARATION OF RICHARD D. MCCUNE
## IN SUPPORT OF PLAINTIFFS' MOTION  FOR ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

I, RICHARD D. MCCUNE, declare as follows:

1. I am a founding Partner at McCune Law Group, McCune Wright Arevalo Vercoski Kusel Weck Brandt APC (f/k/a McCune Wright Arevalo LLP), counsel of record for Plaintiffs in this action, and a member of the Plaintiffs' Steering Committee. I am more than 18 years of age and competent to make this declaration. I offer this declaration in support of Plaintiffs' Motion for Attorneys' Fees, Expenses, and Service Awards.

2. I have personal knowledge of the facts set forth in this declaration, and I could and would competently testify to each fact set forth in this declaration if called and duly sworn by this Court to do so.

3.      McCune Law Group is a thirty-attorney firm headquartered in Ontario, California with offices in Edwardsville, Illinois; Irvine, California; San Bernardino, California; Palm Desert, California; and Newark, New Jersey. McCune Law Group has represented plaintiffs in consumer fraud, product liability and other complex class action litigations in California and across the United States for years. Its attorneys have experience in complex and class action litigation that includes successful litigation against virtually every major insurance company and every major American and Japanese automobile manufacturer in product liability cases, as well as against many Fortune 500 companies in consumer fraud class actions.

4.      I have litigated mass torts and class actions for much of my 35-year professional career and have been appointed class counsel in numerous state and federal class actions. I have been appointed class counsel in numerous state and federal class actions.

5.      In 2007, I was class counsel against Bank of America in an overdraft class action case that settled for $35 million. In 2010, I served as co-class counsel and co-trial counsel in a consumer fraud class action case against Wells Fargo Bank, N.A., on behalf of over one million customers who had been improperly assessed overdraft fees. That trial resulted in a $203 million bench trial verdict, and a permanent injunction issued forbidding Wells Fargo Bank, N.A. from continuing to misrepresent its overdraft practices. From 2009 to 2012, I was heavily involved in

litigation against over 33 banks in an overdraft MDL in the Southern District of Florida (In re: Checking Account Overdraft Litigation, MDL No. 2036), that has generated over $1 billion in settlements. I was appointed class counsel in a $5 million settlement with Citibank, N.A. relating to its overdraft practices. I was also appointed co-lead counsel in an overdraft MDL against TD Bank, N.A. (*In re: TD Bank, N.A., Debit Card Overdraft Litigation*, MDL No. 2613), that recently settled for $70 million.

6.      I have been appointed co-lead counsel in one MDL, served on one MDL executive committee, and was appointed as one of two settlement class counsel in a third MDL. Judge James V. Selna, U.S. District Court for the Central District of California, appointed me to the Plaintiffs' Personal Injury and Wrongful Death Committee in *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation* (MDL No. 2151). Central District of California Judge George H. Wu appointed me to serve as settlement class counsel in *In re: Hyundai and Kia Fuel Economy Litigation* (MDL No. 2424). Further, I was appointed by Judge Bruce H. Henricks, U.S. District Court for the District of South Carolina, as co-lead counsel in *In re: TD Bank, N.A. Debit Card Overdraft Fee Litigation* (MDL No. 2613).

7.      McCune Law Group and its attorneys have been appointed to leadership roles in numerous complex mass tort and class actions, including:

- Appointed as Interim Co-Lead Interim Class Counsel by Judge George Caram Steeh in *Tolmasoff v. General Motors*, LLC, United States District Court for the Eastern District of Michigan, No.: 2:16-cv-11747 in a case involving a claim of overstated miles-per-gallon in GM vehicles (June 30, 2016)

- Appointed as Co-Lead Interim Class Counsel by Judge Madeline Cox *Arleo in Bang v. BMW of North America*, LLC, United States District Court for the District of New Jersey, No.: 2:15-cv-6945 United States District Court for the District of New Jersey in a case involving a claim of a vehicle defect causing excessive oil consumption (January 13, 2016).

- Filed the first and initiating class action case against Toyota arising from unintended sudden acceleration and appointed by Judge James V. Selna to the Plaintiffs' Personal Injury and Wrongful Death Committee in In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation, United States District Court for the Central District of California, MDL No. 2151.

- Filed the first and initiating case against Hyundai arising from allegations of inflated advertisement of miles per gallon in the Elantra and other models prior to Hyundai's forced public admission and restatement of mpg information, and was co-settlement counsel in *In re: Hyundai and Kia Fuel Economy Litigation*, United States District Court for the Central District of California, MDL No. 2424, before Judge George Wu.

- Appointed as Co-Class Counsel in *Yaeger v. Subaru of America, Inc.*, United States District Court for the District of New Jersey, No. 1:14-cv-04490, in a case involving a claim of a vehicle defect causing excessive oil consumption. Chief Judge Simandle, granting final approval of a settlement on behalf of 577,860 class members, observed that McCune Law Group's attorneys were "more than adequate to the task and faithful to the interests of absent class members." *Id.* at ECF No. 107 (Aug. 31, 2016).

- Appointed as Co-Class Counsel in *Mendoza v. Hyundai Motor Co.*, United States District Court for the Northern District of California, No. 5:15-cv-01685 related to premature engine failure in certain Hyundai vehicles. Judge Freeman granted preliminary approval to the settlement on April 14,

2015.

- Appointed as Class Counsel in B*oren v. Correct Craft, Inc.*, California Superior Court for Sacramento County, No. 07AS01600, to represent a class of Correct Craft boat owners whose boats contained a defect that could potentially expose them to high levels of carbon monoxide. As lead trial counsel, I obtained full recovery at trial for the class members.

- Filed the first and initiating case against Ford arising from allegations of inflated advertisement of miles per gallon in their C-Max models prior to Ford's forced public announcement and restatement of mpg information, and appointed to the Plaintiffs' Executive Committee in *In re: Ford Fusion and C-Max Fuel Economy Litigation*, MDL No. 2450, by Judge Kenneth M. Karas.

- Appointed as Co-Class Counsel in recent settlement and contested bank and credit union overdraft cases, including *In re: TD Bank, N.A. Debit Card Overdraft Fee Litigation*, MDL No. 2613, United States District Court for the District of South Carolina, Greenville Division, Case No. 6:15-MN-02613; *Gutierrez, et al. v. Wells Fargo Bank*, United States District Court for the Northern District of California, Case No. C 07-05923 WHA; *Gunter v. United Federal Credit Union*, United States District Court for the District of Nevada, Case No. 3:15-cv-00483-MMD-WGC; *Hernandez v. Point Loma Credit Union*, Superior Court of the State of California, County of San Diego, Case No. 37-2013-00053519-CU-BT-CTL; and *Smith v. Bank of Hawaii*, United States District Court for the District of Hawaii, Case No. 16-00513.

- Appointed as settlement class counsel or co-lead class counsel in *Elite Logistics, Inc. v. Mediterranean Shiping Co.*, California Superior Court for Los Angeles County, Case No. BC485985; *Fernandez v. Altura Credit Union*, California Superior Court for Riverside County, Case No. RIC1610873; *Behrens v. Landmark Credit Union*, United States District Court for the Western District of Wisconsin, Case No. 17-cv-101-JDP; *Hernandez v. Logix Federal Credit Unio*n, California Superior Court for Los Angeles County, Case No. BC628495; *Bowens v. Mazuma Federal Credit Union*, United States District Court for the Western District of Missouri, Case No. 15-00758-CV-W-BP; *Santiago v. Meriwest Credit Union*, California Superior Court for Sacramento County, Case No. 34-2015-00183730; *Fry v. MidFlorida Credit Union*, United States District

Court for the Middle District of Florida, Case No. 8:15-CV-2743; *Ketner v. State Employees Credit Union of Maryland, Inc.*, United States District Court for the District of Maryland, Case No. 1:15-cv-03594; *Ramirez v. Baxter Credit Union*, United States District Court for the Northern District of California, 3:16-cv-03765; *Lynch v. San Diego County Credit Union*, California Superior Court for San Diego County, Case No. 37-2015-00008551; *Towner v. 1st MidAmerica Credit Union*, United States District Court for the Southern District of Illinois, Case No. 3:15-cv-1162; *Lane v. Campus Federal Credit Union*, United States District Court for the Middle District of Louisiana, Case No. 3:16-cv-00037; *Gray v. Los Angeles Federal Credit Union*, California Superior Court for Los Angeles County, Case No. BC625500; *Moralez v. Kern Schools Federal Credit Union*, California Superior Court for Kern County, Case No. BCV-15-100538; *Manwaring v. Golden I Credit Union*, California Superior Court for Sacramento County, Case No. 34-2013-00142667; *Casey v. Orange County Credit Union*, California Superior Court for Orange County, No. 30-2013-00658493-CJ-BT-CXC; *Gunter v. United Federal Credit Union*, United States District Court for the District of Nevada, Case No. 3:15-cv-00483-MMD-WGC; and *Sewell v. Wescom Credit Union*, California Superior Court for Los Angeles County, No. BC586014.

8. To date, in performing work on this case, McCune Law Group's attorneys and staff expended **142.6 hours for a total lodestar of $82,180.00**. The firm's attorneys and staff kept detailed contemporaneous records of the time they spent on this litigation. A summary of the McCune Law Group timekeepers who worked on this litigation, a description of their work performed, their current hourly billing rate, the number of hours dedicated to tasks in this litigation, and their lodestar, and their total lodestar based on current billing rates, is included is reflected in **Exhibit 1** attached hereto.

9. McCune Law Group advanced a variety of out-of-pocket expenses in furtherance of the prosecution of this litigation. These expenses are reflected in the

firm's books and records that are regularly maintained in the ordinary course of the firm's business. These books and records are prepared using invoices, receipts, check records, and other source materials and are an accurate record of the expenses incurred. Specifically, McCune Law Group incurred **$457.00 in costs** for the filing of Durham Complaint (Case No. 5:20-cv-11040-JEL-RSW) that was consolidated with this action (*See* ECF No. 8) and its attorney certificates of good standing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2022.

By: */s/ Richard D. McCune*
Richard D. McCune

# EXHIBIT 1

| | | LODESTAR FOR MCCUNE LAW GROUP (Wood et. al. v. FCA US LLC) | | | |
|---|---|---|---|---|---|
| **Timekeeper** | **Description of Work** | **Hours Worked on Task** | **Total Hours Worked** | **Hourly Rate** | **Lodestar** |
| Richard D. McCune *Managing Partner* | Meeting/Communication | 2.6 | 2.6 | $900 | $2,340.00 |
| David C. Wright *Partner* | Pleadings | 12.2 | | | |
| | Research/Analysis | 4.1 | | | |
| | Meetings/Communications | 2.9 | | | |
| | Other Motions and Submissions | 2.9 | 21.8 | $900 | $19,620.00 |
| Steven A. Haskins *Partner* | Pleadings | 14.6 | | | |
| | Meetings/Communications | 4.8 | 26.8 | $750 | $20,100.00 |
| Mark I. Richards *Associate* | Pleadings | 42.1 | | | |
| | Research/Analysis | 23.0 | | | |
| | Other Motions and Submissions | 2.5 | | | |
| | Meetings and Communications | .5 | 66.6 | $500 | $33,300.00 |
| Ann Smith *Paralegal* | Other Motions and Submissions | 3.4 | | | |
| | Administration | 2.0 | | | |
| | Pleadings | .5 | 10.3 | $275 | $2,832.50 |
| Cynthia Marin *Paralegal* | Administration | 11.1 | | | |
| | Meetings and Communications | 1.9 | | | |
| | Other Motions and Submissions | 1.2 | | | |
| | Correspondence | .3 | 14.5 | $275 | $3,987.50 |
| **Total** | | | **142.60** | | **$82,180** |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on November 17, 2022, I electronically submitted the

foregoing to the Court via the ECF/Utilities function and thereafter emailed counsel of

record proof of submission of this document.

 */s/*