# Exhibit 5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

AMBER WOOD, et al., individually
and on behalf of all others similarly
situated,

Plaintiffs,

v.

FCA US LLC, a Delaware limited
liability corporation,

Defendant.

No. 5:20-cv-11054-JEL-APP

District Judge Judith E. Levy

Magistrate Judge Anthony P. Patti

## DECLARATION OF RUSSELL D. PAUL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND EXPENSES

I, Russell D. Paul of Berger Montague PC, hereby declare:

1. I am a shareholder at Berger Montague PC ("Berger Montague"), and one of the attorneys of record for Plaintiffs. I submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Expenses based on my personal knowledge, and if called to do so, could testify to the matters contained below.

2. Berger Montague, with co-counsel Capstone Law APC ("Capstone"), Chimicles Schwartz Kriner & Donaldson-Smith LLC ("Chimicles Firm"), and Mantese Honigman, P.C. ("Mantese Honigman") (collectively, "Schmid Counsel"), represents thirteen Plaintiffs, many of whom were included in several cases (*Schmid et. al. v. FCA US LLC*, Case No. 2:20-cv-11090 (E.D. Mich.); *Romanchuk et. al. v.*

*FCA US LLC*, Case No. 2:20-cv-11233 (E.D. Mich.); and *Christman v. FCA US LLC*, Case No. 2:20-cv-11480 (E.D. Mich.)), which were consolidated with the present action by this Court's order dated August 6, 2020. Dkt. No. 20.

3.    By this Court's order dated September 4, 2020, I was appointed as an interim member of the Plaintiffs' Steering Committee in this action. Dkt. No. 32.

4.    I am admitted to practice before courts in Pennsylvania, New York, Delaware and New Jersey. I have also been admitted to practice before the United States Court of Appeals for the Third, Seventh, and Ninth Circuits; the United States District Court for the Eastern District of Pennsylvania; United States District Court of New Jersey; United States District Court of Delaware; United States District Court of Colorado; United States District Court for the Eastern District of Michigan; and United States District Court for the Southern District of New York.

5.    Below are summaries of the work performed and charts showing each Schmid Counsel's hours and corresponding lodestar computed by each firm's rates, and charts showing each Schmid Counsel's expenses. As of March 15, 2022, Schmid Counsel have spent 919.4 total hours working on this Litigation on a fully contingent basis, with a corresponding lodestar of $507,112.00.

6.    The hourly rates for the attorneys and professional support staff for Schmid Counsel that are included below are the same as the regular rates that would be charged for their services in non-contingent matters and/or which have

been accepted in other class action/collective action litigation by district courts across the country.

7.     Schmid Counsel also request reimbursement of their reasonable out-of-pocket expenses incurred on behalf of Plaintiffs and the Settlement Class. These expenses consist predominantly of filing and court fees; reproduction and printing costs; telephone and similar communication expenses; and computer research including Westlaw and PACER.

**8.**     Specifically, to date, Schmid Counsel have already expended $3,867.82 in unreimbursed out-of-pocket expenses in connection with this Litigation, as detailed further below.

9.     To date, Schmid Counsel have received no compensation for their efforts to investigate and prosecute this Litigation and have received no reimbursement for the significant expenses they have incurred.

**Berger Montague**

10.     A summary of the work performed in this litigation by Berger Montague includes:

a)  Investigating the Defect in the Class Vehicles;

b)  Performing factual and legal research;

c)  Communicating with many potential class representatives and class members, including assembling and analyzing information on the Defect for

3

evaluating potential claims and damages;

d) Contributing to the Consolidated Amended Complaint and briefing strategy at the direction of Interim Lead Counsel;

e) Explaining the Settlement to Class Representatives and responding to Settlement Class Member inquiries.

11.    As summarized below, Berger Montague devoted 109.1 hours to the prosecution of this matter, resulting in a lodestar of $80,284.50. Lodestar has been calculated based on hourly rates of: (i) $830 per hour to $825 per hour for shareholders; (ii) $660 per hour to $505 per hour for non-shareholder attorneys; and (iii) $340 per hour to $240 per hour for paralegals and legal support staff.

| Timekeeper | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Russell D. Paul | Shareholder | 63.7 | $825 | $52,552.50 |
| Shannon Carson | Shareholder | 1.8 | $830 | $1,494.00 |
| Natalie Lesser | Senior Counsel | 1.9 | $580 | $1,102.00 |
| Jeffrey L. Osterwise | Senior Counsel | 0.8 | $645 | $516.00 |
| Abigail Gertner | Senior Counsel | 21.9 | $660 | $14,454.00 |
| Amey Park | Associate | 16.1 | $570 | $9,177.0 |
| Peter Hamner | Attorney | 0.2 | $505 | $101.00 |
| Caitlin Wolfinger | Paralegal | 0.6 | $340 | $204.00 |
| Alexandra Arteaga | Former Paralegal | 2.0 | $330 | $660.00 |
| Donna Giovanetti | Legal Support Staff | 0.1 | $240 | $24.00 |
| **TOTALS** | | **109.1** | | **$80,284.50** |

12.    Berger Montague regularly prepared and maintained files

4

contemporaneously documenting time spent, including tasks performed, and expenses incurred. Supporting time records are available at the request of the Court for review in camera.

13.     Berger Montague advanced expenses in prosecuting this litigation. They are the type of expenses typically billed by attorneys to paying clients in the marketplace, and include costs for research and filing fees. All of these expenses were reasonable and necessary for the prosecution of this litigation.

| Berger Montague | |
|---|---|
| **TYPE OF EXPENSE** | **AMOUNT** |
| Telephone | $17.02 |
| Computer Research | $35.09 |
| **TOTAL EXPENSES** | **$52.11** |

**Capstone**

14.     During the course of the litigation, Capstone performed the following tasks:

a)  Legal Analysis of the claims;

b)  Factual Investigation of the claims;

c)  Preparation of Complaints, including the opening Complaint (ECF No. 1);

d)  Preparation of Mediation briefs;

e)  Communicating regularly with Plaintiffs and class members.

15.     As summarized below, Capstone devoted 386 hours to the prosecution and resolution of this matter, resulting in a lodestar of $191,604.

5

| Timekeeper | Role | Year | Rate | Hours | Amount Billed |
|---|---|---|---|---|---|
| Steven Weinmann | Fmr. Senior Counsel | 1997 | $775 | 90.2 | $69,905.00 |
| Tarek Zohdy | Senior Counsel | 2006 | $575 | 89.8 | $51,635.00 |
| Jamie Greene | Partner | 2007 | $545 | 20.1 | $10,954.50 |
| Cody Padgett | Senior Counsel | 2011 | $420 | 47.1 | $19,782.00 |
| Trisha Monesi | Associate | 2015 | $345 | 39.3 | $13,558.50 |
| Michelle Kennedy | Fmr. Associate | 2018 | $265 | 59.6 | $15,794.00 |
| Julian Quattlebaum | Fmr. Associate | 2020 | $250 | 39.9 | $9,975.00 |
| **Total** | | | | **386** | **$191,604.00** |

16.     As represented to me by Capstone, Capstone regularly prepared and maintained files contemporaneously documenting time spent, including tasks performed, and expenses incurred. Supporting time records are available at the request of the Court for review in camera.

17.     As represented to me by Capstone Law, Capstone Law advanced the below expenses in prosecuting this litigation; they are the type of expenses typically billed by attorneys to paying clients in the marketplace and include costs for research and filing fees; and all of these expenses were reasonable and necessary for the prosecution of this litigation.

| Capstone Law | |
|---|---|
| **TYPE OF EXPENSE** | **AMOUNT** |
| Telephone | $143.97 |
| Reproduction Costs | $25.25 |

6

| Postage | $14.20 |
| Filing & Misc. Fees | $300.00 |
| Computer Research | $380.88 |
| **TOTAL EXPENSES** | **$864.30** |

**The Chimicles Firm**

18.     During the course of the litigation, the Chimicles Firm performed the following tasks:

    a)  Corresponded with approximately 500 putative class members about the alleged defect and their experiences;

    b)  Vetted putative class member facts, collected documents, and identified potential class representatives;

    c)  Retained to represent eight of the class representative plaintiffs;

    d)  Investigated legal and factual basis for our clients' claims;

    e)  Served three pre-suit demand letters on behalf of our clients;

    f)  Drafted and filed three complaints on behalf of our clients;

    g)  Communicated with our clients about, and obtained consent to, proposed counsel structure;

    h)  Communicated with our clients about discovery and the proposed settlement as requested by lead counsel.

19.     As summarized below, through January 31, 2022, the Chimicles Firm devoted 356.60 hours to this matter, resulting in a lodestar of $182,980.00. The Chimicles Firm excluded certain time from this lodestar in the exercise of billing

7

discretion, as well as spent by timekeepers who devoted less than 10 hours to this matter. The hourly rates for the Chimicles Firm are reflected in the table below.

| Timekeeper | Role | Rate | Hours | Amount Billed |
|---|---|---|---|---|
| Timothy N. Mathews | Partner | $800 | 88.1 | $70,480.00 |
| Alex M. Kashurba | Associate | $500 | 169.60 | $84,800.00 |
| Justin P. Boyer | Paralegal | $300 | 79.2 | $23,760.00 |
| Madeline C. Landry | Former Paralegal | $200 | 19.7 | $3,940.00 |
| **TOTALS** | | | **356.60** | **$182,980.00** |

20.     As represented to me by the Chimicles Firm, the Chimicles Firm regularly prepared and maintained files contemporaneously documenting time spent, including tasks performed, and expenses incurred. Supporting time records are available at the request of the Court for review in camera.

21.     As represented to me by the Chimicles Firm, the Chimicles Firm advanced the below expenses in prosecuting this litigation; they are the type of expenses typically billed by attorneys to paying clients in the marketplace and include costs for research and filing fees; and all of these expenses were reasonable and necessary for the prosecution of this litigation.

8

| Chimicles Firm | |
|---|---|
| **TYPE OF EXPENSE** | **AMOUNT** |
| Postage | $13.35 |
| Filing & Misc. Fees | $650.00 |
| Computer Research | $1,375.69 |
| **TOTAL EXPENSES** | **$2,039.04** |

**Mantese Honigman**

22.     During the course of the litigation, Mantese Honigman performed the following tasks, among others:

a) Review, revise, and preparation of complaints in *Schmid*, *Romanchuk* and *Christman* matters.

b) Review court orders, notices, and certain filings.

c) Monitored litigation progress.

23.     As summarized below, Mantese Honigman devoted 67.70 hours to the prosecution of this matter, resulting in a lodestar of $52,243.50. Lodestar has been calculated based on hourly rates of: (i) $775 per hour for partners; and (ii) $495 per hour to $600 per hour for associates ($495 here).

| Timekeeper | Role | Year | Rate | Hours | Amount Billed |
|---|---|---|---|---|---|
| Gerard Mantese | Partner | 2020 | $775 | 4.5 | $3,487.50 |
| Douglas Toering | Partner | 2020 | $775 | 24.40 | $18,910.00 |
| Douglas Toering | Partner | 2021 | $775 | .80 | $620.00 |
| Kenneth Chadwell | Partner | 2020 | $775 | 37.20 | $28,830.00 |
| Ryan Hansen | Associate | 2020 | $495 | .80 | $396.00 |
| **TOTAL** | | | | **67.70** | **$52,243.50** |

9

24.     As represented to me by the Mantese Honigman, Mantese Honigman regularly prepared and maintained files contemporaneously documenting time spent, including tasks performed, and expenses incurred. Supporting time records are available at the request of the Court for review in camera.

25.     As represented to me by Mantese Honigman, Mantese Honigman, advanced the below expenses in prosecuting this litigation; they are the type of expenses typically billed by attorneys to paying clients in the marketplace and include costs for research and filing fees; and all of these expenses were reasonable and necessary for the prosecution of this litigation.

| Mantese Honigman | |
|---|---|
| **TYPE OF EXPENSE** | **AMOUNT** |
| Telephone | $9.44 |
| Postage | $0.50 |
| Filing & Misc. Fees | $890.25 |
| Computer Research | $12.18 |
| **TOTAL EXPENSES** | **$912.37** |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 17, 2022 at Philadelphia, Pennsylvania.

 /s/ Russell D. Paul
Russell D. Paul

10